# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
7/13/2015 8:55:42 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known):  **12-15-00106-CR**

Trial Court Style:____The State of Texas v. Wavon Lashelter Owens

Trial Court & County:____3rd Judicial District, Anderson County, Texas
Trial Court No.:__31595

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due:_06.1.2015

Anticipated Number of Pages of Record:__125 pages

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:

☐     Other.  (Explain.):_Due to conflicting schedules I have just obtained the exhibits this evening and will attach them and get them converted as soon as possible.  I am asking for seven days, but hope to have it in by tomorrow, just out of caution, I request extra days in case of some unforeseen event.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by _July 20, 2015, and **I hereby request an additional __7__ days** within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed.  I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

Date    07.13.2015                         Signature:_____

Office Phone Number:  903.723.7415          Printed Name:  Misty McAdams, CSR

mcadams349@windstream.net
E-mail Address                              Official Reporter, 349th Judicial District
                                            Anderson & Houston County, Texas

The following parties have been served with a copy of this document:

MR. SCOTT HOLDEN
ASST. ANDERSON COUNTY D.A.
ATTORNEY FOR THE STATE
via:  email- sholden@co.anderson.tx.us

MR. STEPHEN EVANS
ATTORNEY AT LAW
ATTORNEY FOR THE DEFENDANT
via:  email-sevanslaw@aol.com


_____
Misty McAdams, CSR
Official Reporter, 349th Judicial District
Anderson & Houston County, Texas
500 North Church,  Room 30
Palestine, TX  75801
903.723.7415
mcadams349@windstream.net